UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**BRANDON HENRY, JR., ET AL.**                              **CIVIL ACTION**

**VERSUS**                                                              **NO. 20-2995-WBV-JVM**

**MAXUM INDEMNITY COMPANY, ET AL.**          **SECTION "D" (1)**

<u>**ORDER OF DISMISSAL**</u>

Considering the Notice of Partial Dismissal Without Prejudice, wherein plaintiffs, Brandon Henry, Staci Authement, Daniel Blanchard, Keith Bonvillain, Dwayne Deroche, Christine Duplantis, Roddy Duplantis, James Fairchild, Don Giroir, Eric Hebert, Leonard Holcomb, Allen Kaluza, Michael Leboeuf, Pamela Lyons, Jessi Marcel, Herman McElroy, Farren Naquin, Susan Ordoyne, Travis Price, Calvin Smith, and Roy Verrett, Jr., have notified the Court that they are voluntarily dismissing without prejudice all claims against defendant, Allied World Surplus Lines Insurance Company, improperly named as Allied World Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which the Court construes as a Motion to Dismiss (R. Doc. 36);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** All of Plaintiffs' claims against defendant, Allied World Surplus Lines Insurance Company, improperly named as Allied World Insurance Company, are **DISMISSED**

**WITHOUT PREJUDICE** and with each party to bear its own costs. Plaintiffs' claims against the other defendants remain pending.

New Orleans, Louisiana, December 3, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**