UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDON HENRY, ET AL.,** | * | **CIVIL ACTION NO.** |
| | * | |
| Plaintiffs | * | **2:20-cv-02995-WBV-JVM** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE VITTER** |
| | * | |
| **MAXUM INDEMNITY CO., ET AL.** | * | **MAG. JUDGE VAN MEERVELD** |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CORPORATE DISCLOSURE STATEMENT

**MAY IT PLEASE THE COURT:**

Pursuant to Federal Rules of Civil Procedure rule 7.1, QBE Insurance Corporation, a defendant in the above-referenced matter, hereby submits the following Corporate Disclosure Statement:

1. QBE Insurance Corporation is a Pennsylvania entity with principal place of business at 55 Water Street, New York, NY. It is a wholly-owned subsidiary of QBE Reinsurance Corporation. The ultimate parent is QBE Insurance Group Limited which is publicly traded on the Australian Securities Exchange.

    Respectfully Submitted,

    */s/ Robert I. Siegel*
    ROBERT I. SIEGEL (#10263)
    ALISTAIR M. WARD (#24693)
    **GIEGER, LABORDE & LAPEROUSE, LLC**
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana 70139-4800
    Telephone: (504) 561-0400
    Facsimile:    (504) 561-1011
    *Attorneys for QBE Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **Corporate Disclosure Statement** has been served upon all parties by United States mail, postage prepaid, CM/ECF, facsimile and/or electronic mail this 4th day of December, 2020.

>   */s/ Robert I. Siegel*
>   ROBERT I. SIEGEL